**Dismissed and Opinion Filed August 6, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00141-CV

## IN RE IRVING LONG TERM CARE, LLC D/B/A LAS BRISAS REHABILITATION & WELLNESS SUITES AND THI OF TEXAS, LLC, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12843-K**

## MEMORANDUM OPINION
Before Justices Molberg, Partida-Kipness, and Reichek
Opinion by Justice Molberg

This case is reinstated. Relators' March 4, 2021 petition for writ of mandamus challenges the trial court's February 26, 2021 order granting real parties in interest's motion to compel discovery. On April 22, 2021, we abated the case because two of the defendants removed the underlying suit to federal court. By letter dated August 3, 2021, which we will construe as a motion to reinstate and dismiss, relators ask us to remove this matter from the Court's docket because the parties have resolved this matter.

We grant the motion and dismiss the petition. We also lift the stay issued by this Court's March 15, 2021 order.

210141f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE